UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civ. No. 03-CV-2843 (MJD/JGL)

Tracy Lucas,

        Plaintiff,

v.

**ORDER FOR DISMISSAL**

UnitedHealth Group d/b/a Ingenix,

        Defendant.

The Court having reviewed the Stipulation of the Parties [DOC 30] It IS HEREBY ORDERED that the above-entitled matter is dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

Dated:   June 2, 2005.

BY THE COURT:

s/ Michael J. Davis
Hon. Michael J. Davis
U.S. District Court Judge